IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | Civil Action No. 2:13-528 |
| Plaintiff, | |
| v. | Honorable Mag. Patricia Gorence |
| GIRISH VAKA, | |
| Defendant. | |

### AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GIRISH VAKA TO RESPOND TO COMPLAINT

Plaintiff Malibu Media LLC, by and through its attorneys, Schulz Law, P.C., hereby re-spectfully requests an extension of time on behalf of Defendant Girish Vaka, up to and including November 15, 2013, to answer or otherwise plead in response to the complaint filed by Malibu Media LLC. Plaintiff Malibu Media LLC has agreed, through counsel, to the extension of time. The undersigned attorneys state that no party will be prejudiced by this short extension of time.

MALIBU MEDIA LLC,

Date: October 3, 2013

By  /s/ Mary Schulz  
An Attorney for Plaintiff
Mary Schulz
Schulz Law P.C.
1144 E. State Street, Suite A260
Geneva, Illinois 60134
Phone: (224) 535-9510
Email: schulzlaw@me.com

1